UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-cv-80468-DMM

NICOLE R. GRASSI
individually and on behalf of all
others similarly situated,                                    **CLASS ACTION**

    Plaintiff,                                             **JURY TRIAL DEMANDED**

v.

PUBLIC STORAGE, a Maryland
Real Estate Investment Trust,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Nicole R. Grassi, by and through undersigned counsel, hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within ten (10) days.

Dated:  June 14, 2017

           Respectfully submitted,

           **HIRALDO P.A.**

           */s/ Manuel S. Hiraldo*
           Manuel S. Hiraldo
           Florida Bar No. 030380
           401 E. Las Olas Boulevard
           Suite 1400
           Ft. Lauderdale, Florida 33301
           Email: mhiraldo@hiraldolaw.com
           Telephone: 954.400.4713

           **SCOTT D. OWENS, P.A.**
           Scott D. Owens, Esq. (FBN 597651)
           3800 S. Ocean Dr., Ste. 235
           Hollywood, FL 33019
           Tel: 954-589-0588
           Fax: 954-337-0666
           scott@scottdowens.com

           **SHAMIS & GENTILE, P.A.**
           Andrew J. Shamis
           Florida Bar No. 101754
           *efilings@sflinjuryattorneys.com*
           14 NE 1st Avenue, Suite 400
           Miami, Florida  33132
           (t) (305) 479-2299
           (f) (786) 623-0915

## CERTIFICATE OF SERVICE

I HEREBY CETIFY that on June 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

> */s/ Manuel S. Hiraldo*
> Manuel S. Hiraldo
> Florida Bar No. 030380
> *Counsel for Plaintiff*